UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID GAMBINO,** : | |
|     **Plaintiff** : | **CIVIL ACTION NO. 3:18-2241** |
|     v. : | **(JUDGE MANNION)** |
| **Warden, FCI-Schuylkill, et al.,** : | |
|     **Defendants** : | |

| | |
|---|---|
| **DAVID GAMBINO,** : | |
|     **Plaintiff** : | **CIVIL ACTION NO. 19-0249** |
|     v. : | **(JUDGE MANNION)** |
| **Warden, FCI-Schuylkill,** : | |
|     **Defendants** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. Plaintiff's motion to motion to consolidate Civil Action No. 3:18-2241 with Civil Action No. 3:19-0249. (Doc. 27) is **DENIED**.

2. Plaintiff's above captioned actions are **DISMISSED**, without prejudice, for Plaintiffs' failure to properly exhaust administrative remedies.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

                                              s/ *Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States District Judge**

**Date: May 7, 2019**
18-2241-01-Order